**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | **JUDGMENT IN A CRIMINAL CASE** (**Petty Offense)** |
| **RONNY L. BUTTS,** | NO. 5: 09-MJ-12-09 (CWH) |
| Defendant | |

| | |
|---|---|
| September 20, 2010 | Cynthia W. Roseberry |
| DATE OF IMPOSITION OF SENTENCE | ATTORNEY FOR DEFENDANT |

The above-named defendant having entered **PLEAS OF GUILTY** herein to the **PETTY OFFENSES** of **NEGLIGENT DRIVING 1ST DEGREE**, 18 U.S.C. §§7 and 13 i/c/w RCW 46.61.5249 (Count 1) and **DRIVING WHILE LICENSE WAS SUSPENDED**, 18 U.S.C. §§7 and 13 i/c/w RCW 46.20.342(1)(c) (Count 2), he is hereby CONVICTED of said offenses and SENTENCED as follows:

**IT IS THE JUDGMENT OF THE COURT THAT:**

(1) the defendant shall immediately pay the mandatory assessment fee of **$10.00** as to each offense as required by law; and,

(2) he shall immediately pay a **FINE** in the amount of **$350.00** as to Count 1 and **$90.00** as to Count 2.

SO ORDERED AND DIRECTED, this 20th day of SEPTEMBER, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE